IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ray, Larry D | Case Number: 07 B 05273 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 01/06/09 | Filed: 3/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 18, 2008
Confirmed: May 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,357.24 | |
| Secured: | | 0.00 |
| Unsecured: | | 866.39 |
| Priority: | | 0.00 |
| Administrative: | | 2,297.00 |
| Trustee Fee: | | 193.85 |
| Other Funds: | | 0.00 |
| Totals: | 3,357.24 | 3,357.24 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Mark D Weisman | Administrative | 2,297.00 | 2,297.00 |
| 2. | Mutual Hospital Services/Alverno | Unsecured | 1,567.71 | 866.39 |
| 3. | Wilshire Credit Corp | Secured | | No Claim Filed |
| 4. | Citi Residential Lending Inc | Secured | | No Claim Filed |
| 5. | CBCS | Unsecured | | No Claim Filed |
| 6. | CBCS | Unsecured | | No Claim Filed |
| 7. | CBCS | Unsecured | | No Claim Filed |
| 8. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 9. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 10. | Collection Company Of America | Unsecured | | No Claim Filed |
| 11. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 12. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 13. | AT&T | Unsecured | | No Claim Filed |
| | | | $ 3,864.71 | $ 3,163.39 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 119.60 |
| 6.5% | 74.25 |
| | $ 193.85 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Ray, Larry D

Printed: 01/06/09

Case Number:  07 B 05273
Judge:  Goldgar, A. Benjamin
Filed:  3/23/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

